United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JESSE L. YOUNGBLOOD,

        Plaintiff,

  vs.

WARDEN, et. al.,

        Defendants.

                              /

No. C 13-4366 PJH (PR)

**ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS**

      This civil rights case filed pro se by a state prisoner was dismissed and closed at the initial screening for failure to state a claim. Plaintiff has filed an appeal with the Ninth Circuit and the case has been referred back to this court for the limited purpose of determining whether plaintiff's in forma pauperis status should continue or whether the appeal is frivolous or taken in bad faith. Docket No. 11.

      An indigent party who cannot afford the expense of pursuing an appeal may file a motion for leave to proceed in forma pauperis. Fed. R. App. P. 24(a); 28 U.S.C. § 1915(a)(1). Pursuant to Federal Rule of Appellate Procedure 24(a), "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." The party must attach an affidavit that (1) shows in detail "the party's inability to pay or give security for fees and costs," (2) "claims an entitlement to redress," and (3) "states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). However, even if a party provides proof of indigence, "an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). An appeal is in "good faith" where it seeks review of any issue that is "non-frivolous." *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). An issue is "frivolous" if

it has "no arguable basis in fact or law." *See O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990).

Plaintiff's case involves being attacked by another inmate in 1994. In addition to being untimely, the only named defendant is the other inmate, however prison inmates are not state actors under 42 U.S.C. § 1983. While plaintiff also states that guards failed to protect him and a doctor improperly treated him he is not aware of their identities. As it is clear that this appeal is frivolous and taken in bad faith, plaintiff's in forma pauperis status is **REVOKED**. The Clerk shall forward this Order to the Ninth Circuit in case No. 13-17451.

**IT IS SO ORDERED.**

Dated: December 3, 2013.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.13\Youngblood4366.ifp-rvk.wpd